UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| UNITED STATES OF AMERICA, | 3:22-CR-30036-RAL |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING SCHEDULING ORDER |
| (2) LARRY CHAVEZ, | |
| Defendant. | |

Defendant Larry Chavez appeared before Magistrate Judge Mark Moreno for a change of plea hearing on March 20, 2023. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Superseding Information. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendation, Doc. 89, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Superseding Information. It is further

ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **May 1, 2023**. It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **May 15, 2023**. If counsel has no objections to the

1

presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **May 29, 2023**. All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **May 29, 2023**. An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **June 5, 2023**. It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, June 12, 2023 at 3:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this 21st day of March, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE